IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT ERIC CONNER, | ) | No. C 11-4464 LHK (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| WARDEN GREG LEWIS, | ) | |
| Respondent. | ) | |

    The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: 10/21/11

LUCY H. KOH
United States District Judge

Judgment
P:\pro-se\sj.lhk\hc.11\Conner464jud