IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT ERIC CONNER,         ) | No. C 11-4464 LHK (PR) |
|   )  | |
| Petitioner,         ) | ORDER GRANTING MOTION |
|   )  | FOR RECONSIDERATION |
| v.         ) | |
|   )  | |
| WARDEN GREG LEWIS,         ) | |
|   )  | |
| Respondent.         ) | |
|               )   | |

On September 7, 2011, Petitioner, a state prisoner proceeding *pro se*, filed a writ of habeas corpus challenging an administrative decision resulting in his placement in Pelican Bay State Prison's Secured Housing Unit. On October 21, 2011, the Court dismissed this action for failure to timely file a completed application to proceed in forma pauperis or pay the filing fee.

On November 7, 2011, Petitioner filed an objection to the judgment, and a motion for reconsideration. In his motion, Petitioner alleges that, on September 22, 2011, he mailed an application to proceed in forma pauperis, along with the required certificate of funds. Petitioner claims the application mistakenly was mailed to the Northern District Court in San Francisco. Accordingly, Petitioner's motion for reconsideration is GRANTED.

However, the Court still has not received Petitioner's application to proceed in forma pauperis, nor the required certificate of funds. No later than **thirty (30) days** from the filing date of this order, Petitioner shall submit a completed application to proceed in forma pauperis, which

Order Granting Motion for Reconsideration
P:\pro-se\sj.lhk\hc.11\Conner464recon

1 should include his certificate of funds.  Upon receipt of a completed application, the Court will
2 re-open this case and screen Petitioner's petition for writ of habeas corpus.  **Failure to comply**
3 **with this order will result in Petitioner's case remaining closed.**
4      It is Petitioner's responsibility to prosecute this case.  He must keep the Court and all
5 parties informed of any change of address by filing a separate paper captioned "Notice of
6 Change of Address."  He must comply with the Court's orders in a timely fashion.  Failure to do
7 so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of
8 Civil Procedure 41(b).
9      IT IS SO ORDERED.
10 DATED: 11/30/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Motion for Reconsideration
P:\pro-se\sj.lhk\hc.11\Conner464recon      2