1

2

3

4

5

6

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  SCOTT CONNER,                      )    No. C 11-4464 LHK (PR)
                                       )
13              Petitioner,            )    ORDER TO RE-OPEN; GRANTING
                                       )    MOTION FOR LEAVE TO
14      v.                             )    PROCEED IN FORMA PAUPERIS;
                                       )    ORDER TO SHOW CAUSE
15  WARDEN GREG LEWIS,                 )
                                       )    (Docket No. 9.)
16              Respondent.            )
    _____)

17
            Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus
18
    pursuant to 28 U.S.C. § 2254.  The Clerk is ordered to RE-OPEN this action.  Petitioner's
19
    motion for leave to proceed in forma pauperis is GRANTED.  The Court orders Respondent to
20
    show cause why a writ of habeas corpus should not be granted.
21
                                    **DISCUSSION**
22
    A.      **Standard of Review**
23
            This Court may entertain a petition for writ of habeas corpus "in behalf of a person in
24
    custody pursuant to the judgment of a state court only on the ground that he is in custody in
25
    violation of the Constitution or laws or treaties of the United States."  28 U.S.C. § 2254(a); *Rose*
26
    *v. Hodges*, 423 U.S. 19, 21 (1975).
27
            A district court shall "award the writ or issue an order directing the respondent to show
28

Order to Re-Open; Granting Motion for Leave to Proceed In Forma Pauperis; Order to Show Cause
P:\pro-se\sj.lhk\hc.11\Conner464osc

1   cause why the writ should not be granted, unless it appears from the application that the

2   applicant or person detained is not entitled thereto."  28 U.S.C. § 2243.

3   **B.    Petitioner's Claims**

4        In 2009, plaintiff was validated as an associate of the Aryan Brotherhood prison gang,

5   and placed into the Security Housing Unit.  Plaintiff alleges that this decision violated the right

6   to due process.  Liberally construed, Plaintiff states a cognizable claim for relief.

7                                  **CONCLUSION**

8        1.    The Clerk shall RE-OPEN this action.

9        2.    The Clerk shall serve by mail a copy of this order and the petition (docket no. 1)

10  and all attachments thereto upon the Respondent and the Respondent's attorney, the Attorney

11  General of the State of California.  The Clerk shall also serve a copy of this order on Petitioner.

12       3.    Respondent shall file with the Court and serve on Petitioner, within **ninety days**

13  of the date this order is filed, an answer conforming in all respects to Rule 5 of the Rules

14  Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be

15  granted.  Respondent shall file with the answer and serve on Petitioner a copy of all portions of

16  the underlying state criminal record that have been transcribed previously and that are relevant to

17  a determination of the issues presented by the petition.

18       If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the

19  Court and serving it on Respondent within **thirty days** of the date the answer is filed.

20       4.    Respondent may file a motion to dismiss on procedural grounds in lieu of an

21  answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section

22  2254 Cases within **ninety days** of the date this order is filed.  If Respondent files such a motion,

23  Petitioner shall file with the court and serve on Respondent an opposition or statement of non-

24  opposition within **thirty days** of the date the motion is filed, and Respondent **shall** file with the

25  court and serve on Petitioner a reply within **fifteen days** of the date any opposition is filed.

26       5.    It is Petitioner's responsibility to prosecute this case.  Petitioner is reminded that

27  all communications with the Court must be served on Respondent by mailing a true copy of the

28  document to Respondent's counsel.  Petitioner must keep the court and all parties informed of

1  any change of address by filing a separate paper captioned "Notice of Change of Address."  He

2  must comply with the Court's orders in a timely fashion.  Failure to do so may result in the

3  dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure

4  41(b).

5         IT IS SO ORDERED.

6  DATED: _____    1/3/12

7                                           LUCY H. KOH
                                           United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28