IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT CONNER,<br><br>   Petitioner,<br><br>   v.<br><br>WARDEN GREG LEWIS,<br><br>   Respondent. | No. C 11-4464 LHK (PR)<br><br>ORDER DIRECTING RESPONDENT TO FILE SUPPLEMENTAL EXHIBIT |

Petitioner, a California state prisoner proceeding pro se, filed a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254. On January 4, 2012, the Court issued an order to Respondent to show cause why the petition should not be granted. Respondent has filed a motion to dismiss, alleging that (1) Petitioner has failed to exhaust his claim, and (2) the claim is procedurally defaulted. Petitioner has filed an opposition and motion to hold the proceedings in abeyance. Respondent has filed a reply. Although Petitioner was not granted leave to do so, he has filed a response to Respondent's reply. Petitioner has also filed a motion to file an amended petition, to which Respondent has filed an opposition.

Upon review of these pleadings, the Court has determined that a complete copy of Petitioner's state habeas petition to the California Supreme Court, No. S191063, would assist in the Court's consideration of the pending motions. Thus, Respondent is directed to file such copy with the Court no later than January 25, 2013, and serve Petitioner with the same.

IT IS SO ORDERED.

DATED: 1/22/13

LUCY H. KOH
United States District Judge

Order Directing Respondent to File Supplemental Exhibit
G:\PRO-SE\SJ.LHK\HC.11\Conner464suppexh.wpd